IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REGINALD C. PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-12-71-D ) |
| CAROLYN W. COLVIN,[1]<br>Acting Commissioner of Social<br>Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings and recommendations issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 24] in its entirety. For the reasons stated therein, the Court enters judgment reversing the decision of the Commissioner pursuant to 42 U.S.C. § 405(g), and remanding the case for further administrative proceedings, consistent with the Report and Recommendation, regarding Plaintiff's past relevant work and the availability of other work within Plaintiff's limitations and vocational factors.

Entered this 11th day of March, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin, Acting Commissioner of the Social Security Commission, is automatically substituted for the former commissioner, Michael J. Astrue.